**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-44381 |
| | § | |
| MARK D JOHNSON | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2011. The undersigned trustee was appointed on 10/31/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $17,648.74

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $14.49 |
    | Bank service fees | $265.17 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1]                                $17,369.08

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/16/2012 and the deadline for filing government claims was 04/16/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,514.87. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,514.87, for a total compensation of $2,514.87[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2013         By:  /s/ Horace Fox, Jr.
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit A

| Case No.: | 11-44381 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | JOHNSON, MARK D | | Date Filed (f) or Converted (c): | 10/31/2011 (f) |
| For the Period Ending: | 8/14/2013 | | §341(a) Meeting Date: | 12/07/2011 |
| | | | Claims Bar Date: | 04/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Location: 3906 N Kenneth Ave, Chicago IL 60641 ex-wife on deed but not on mortgage | $485,000.00 | $0.00 | | $0.00 | FA |
| 2 | 19370 Collins Ave, Unit 1226 Sunny Isles Beach, FL 33160 | $100,000.00 | $0.00 | | $0.00 | FA |
| 3 | lot 15 in clubview estates, Silom Springs, AK 72761 pin no: 15-16471-000 | $30,000.00 | $0.00 | | $0.00 | FA |
| 4 | cash | $20.00 | $20.00 | | $0.00 | FA |
| 5 | Charterone bank checking and savings as of 10/31/11 | $19,648.74 | $15,648.74 | | $15,648.74 | FA |
| Asset Notes: | Demand for turnover made 1.4.12 | | | | | |
| 6 | US Bank checking and savings | $500.00 | $500.00 | | $500.00 | FA |
| Asset Notes: | Demand made 1.20.12 | | | | | |
| 7 | dining room table and chairs, living room, 1 bedroom set and 3 beds, 1 flat screen, old pool table, standard electronics and appliances. | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 8 | used clothing | $800.00 | $800.00 | | $0.00 | FA |
| 9 | hunting gun | $100.00 | $100.00 | | $0.00 | FA |
| 10 | term life insurance through employer | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 401K | $0.00 | $0.00 | | $0.00 | FA |
| 12 | IRA Morgan Stanley | $750.00 | $0.00 | | $0.00 | FA |
| 13 | Conservation Design Development LLC - land is held in trust 243.67 acres in Bourbonnais, IL - subdiveded into 23 lots. | $750,000.00 | $0.00 | | $0.00 | FA |
| 14 | loan to business | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | business has no ability to repay loan. | | | | | |
| 15 | Marketing trademark for the sale of the Bourbonnais development unable to sell unless buyer purchases and develops the land exactly the way debtor intended. | $0.00 | $0.00 | | $0.00 | FA |
| 16 | 1998 Lexus GS400 - 300k miles | $2,500.00 | $100.00 | | $0.00 | FA |
| 17 | Partial return of attorneys fees (u) | $0.00 | $1,500.00 | | $1,500.00 | FA |

Case 11-44381    Doc 83    Filed 08/14/13    Entered 08/14/13 10:08:17    Desc Main
Document    Page 4 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 11-44381 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | JOHNSON, MARK D | | | Date Filed (f) or Converted (c): | 10/31/2011 (f) |
| For the Period Ending: | 8/14/2013 | | | §341(a) Meeting Date: | 12/07/2011 |
| | | | | Claims Bar Date: | 04/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $1,400,818.74 | $20,168.74 | | $17,648.74 | $0.00 |

**Major Activities affecting case closing:**

Filed asset report and demanded turnover of the 15,000 non exempt bank account. Amended budget file, therefore this is no longer a disposable income case. Demanded turnover of $500.00 bank account. 1.10.12

Demanded turnover of 1500.00 returned from filing attorney (4500) fee.3.11.12
1500.00 excessive fee turned over 3.26.12. 4.8.12

Motion to dismiss, being briefed. Judge Barnes assigned 5.17.12

Motion to dismiss denied 5.31.12

Asked Mr. de 'Medici to file motion to approve compromise (partial, attorney fee return7.15.12).

Object to secured claim if request to withdraw it is not honored.7.24.12
Examine claims. Taxes necessary. 10.7.12.

Motion to approve compromise set 12.19.12, entered, amended order provided 12.20.12

Look at claims, determine if taxes necessary. 2.10.13

3.4.13 sent forms 1 and 2 to accountant, re taxes.
Check tax status. 5.11.13

need to amend approval order to show 17648.79 not 3k. 6.7.13

Final report to UST. 7.26.13

| **Case No.:** | 11-44381 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | JOHNSON, MARK D | | | **Date Filed (f) or Converted (c):** | 10/31/2011 (f) |
| **For the Period Ending:** | 8/14/2013 | | | **§341(a) Meeting Date:** | 12/07/2011 |
| | | | | **Claims Bar Date:** | 04/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | **Current Projected Date Of Final Report (TFR):** | 07/30/2013 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-44381 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | JOHNSON, MARK D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9284 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/31/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 02/03/2012 | (5) | Charter One | Unexempt portion of Debtors Charter One bank account. | 1129-000 | $15,000.00 | | $15,000.00 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $14.49 | $14,985.51 |
| 02/09/2012 | (6) | Charter One | Debtors bank account | 1129-000 | $500.00 | | $15,485.51 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.46 | $15,467.05 |
| 03/26/2012 | (17) | Charter One | Partial return of debtors attorneys fees | 1221-000 | $1,500.00 | | $16,967.05 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $26.23 | $16,940.82 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.57 | $16,915.25 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.29 | $16,887.96 |
| 06/15/2012 | (5) | Charter One | Unexempt portion of Debtors Charter One bank account. Remainder of the 19K balance. | 1129-000 | $648.74 | | $17,536.70 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.72 | $17,508.98 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.34 | $17,481.64 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.94 | $17,450.70 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $24.52 | $17,426.18 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.12 | $17,398.06 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.98 | $17,369.08 |

**SUBTOTALS** $17,648.74  $279.66

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 11-44381 |
| **Case Name:** | JOHNSON, MARK D |
| **Primary Taxpayer ID #:** | ******9284 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/31/2011 |
| **For Period Ending:** | 8/14/2013 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******8101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $17,648.74 | $279.66 | $17,369.08 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $17,648.74 | $279.66 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $17,648.74 | $279.66 | |

For the period of **10/31/2011** to **8/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $17,648.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,648.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $279.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **02/03/2012** to **8/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $17,648.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,648.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $279.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-44381 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, MARK D | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9284 | | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/31/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $17,648.74 | $279.66 | $17,369.08 |

**For the period of 10/31/2011 to 8/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $17,648.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,648.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $279.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/31/2011 to 8/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $17,648.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,648.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $279.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

# CLAIM ANALYSIS REPORT

| Case No. | 11-44381 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | JOHNSON, MARK D | | | Date: | 8/14/2013 |
| Claims Bar Date: | 04/16/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe, # 1004 Chicago IL 60603 | 07/09/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,514.87 | $2,514.87 | $0.00 | $0.00 | $0.00 | $2,514.87 |
| 1 | AMERICAN SOUTHERN INSURANCE COMPANY 14100 N 83rd Ave suite 235 Peoria AZ 85381 | 03/01/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $128,287.25 | $128,287.25 | $0.00 | $0.00 | $0.00 | $128,287.25 |
| 2 | CROWLEY & LAMB, P.C. Attention: Francis J. Pendergast, III 221 N. LaSalle Street Suite 1550 Chicago IL 60601 | 04/16/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,220,865.46 | $5,220,865.46 | $0.00 | $0.00 | $0.00 | $5,220,865.46 |

**Claim Notes:** amended to unsecured 7.30.12 therefore no 3012 motion necessary

| | | | | | | $5,351,667.58 | $5,351,667.58 | $0.00 | $0.00 | $0.00 | $5,351,667.58 |

**CLAIM ANALYSIS REPORT**

Page No: 2          Exhibit C

| | | | |
|---|---|---|---|
| **Case No.** | 11-44381 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | JOHNSON, MARK D | **Date:** | 8/14/2013 |
| **Claims Bar Date:** | 04/16/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $5,349,152.71 | $5,349,152.71 | $0.00 | $0.00 | $0.00 | $5,349,152.71 |
| Trustee Compensation | $2,514.87 | $2,514.87 | $0.00 | $0.00 | $0.00 | $2,514.87 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      11-44381
Case Name:     MARK D JOHNSON
Trustee Name:  Horace Fox, Jr.

|  |  |
|---|---|
| Balance on hand: | $17,369.08 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $17,369.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $2,514.87 | $0.00 | $2,514.87 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $2,514.87 |
| Remaining balance: | $14,854.21 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $14,854.21 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $14,854.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

    Timely claims of general (unsecured) creditors totaling $5,349,152.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | American Southern Insurance Company | $128,287.25 | $0.00 | $356.25 |
| 2 | Crowley & Lamb, P.C. | $5,220,865.46 | $0.00 | $14,497.96 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $14,854.21 |
| Remaining balance: | $0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |