**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-44381 |
| | § | |
| MARK D JOHNSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 9/4/2013, in Courtroom 613, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  8/14/2013           By:  /s/ Horace Fox, Jr.
                                       (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-44381
　　　　　　　　　　　　　§
MARK D JOHNSON §
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
　　　　　　　Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $17,648.74 |
| *and approved disbursements of* | $279.66 |
| *leaving a balance on hand of[1]:* | $17,369.08 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $17,369.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $2,514.87 | $0.00 | $2,514.87 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $2,514.87 |
| Remaining balance: | $14,854.21 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $14,854.21 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $14,854.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,349,152.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Southern Insurance Company | $128,287.25 | $0.00 | $356.25 |
| 2 | Crowley & Lamb, P.C. | $5,220,865.46 | $0.00 | $14,497.96 |

|  | Total to be paid to timely general unsecured claims: | $14,854.21 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Horace Fox, Jr.
                    Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-44381-TAB
MARK D JOHNSON                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: dwilliams            Page 1 of 3            Date Rcvd: Aug 15, 2013
                                Form ID: pdf006            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2013.
```
db         +MARK D JOHNSON,    3906 North Kenneth,    Chicago, IL 60641-2838
aty        +Zalutsky & Pinski Ltd,    Zalutsky & Pinski Ltd,    20 N Clark Ste 600,    Chicago, IL 60602-4184
18094449   +AT&T,   ACS,    PO BOX 10002,   Newnan, GA 30271-0002
18094441    Ahesi/CitiMortgage Inc.,    Attention: Bankruptcy,    Po Box 79022 Ms 322,    St. Louis, MO 63179
18094442   +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18094384   +American Southern Insurance Co,    Jomax Recovery Service,    20325 N 51st Ave Ste 134,
             Glendale, AZ 85308-5677
18568100   +American Southern Insurance Company,    14100 N 83rd Ave suite 235,    Peoria, AZ 85381-5662
18013878   +American Southern Insurance Company,    c/o Spilotro Law Group,    2551 North Clark #405,
             Chicago IL 60614-7730
18094445   +Amerin IP,   State Collection Services,    2509 Stoughton Rd,    Madison, WI 53716-3314
18094446   +Amex,   American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18094447   +Amexfsb,   Lvnv Funding Llc,    P.o. Box 10584,    Greenville, SC 29603-0584
18094450  ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
           (address filed with court: Bank Of America,     Attention: Recovery Department,
             4161 Peidmont Pkwy.,    Greensboro, NC 27410)
18094382  #+Barbara Janousek,    1000 W Adams,   Unit 819,    Chicago, IL 60607-2944
18094453  ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
           (address filed with court: Chase,    Po Box 1093,    Northridge, CA 91328)
18094456  ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
           (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
18094451   +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,   Salt Lake City, UT 84130-0285
18094452   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18094454   +Cit Technology Financing Service,    Tbf Financial Llc,    740 Waukegan Rd Ste 404,
             Deerfield, IL 60015-5505
18094455   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
18094373   +Credit Control/JH Portfolio,    5757 Phantom Dr. Ste 330,    Hazelwood, MO 63042-2429
18778987   +Crowley & Lamb, P.C.,    Attention: Francis J. Pendergast, III,    221 N. LaSalle Street,
             Suite 1550,    Chicago, Illinois 60601-1224
18094457   +First USA Bank - Chase,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
18094458   +Fst Com Bnk,    1111 Dixie Hwy,   Beecher, IL 60401-4002
18094369   +GMAC Mortgage,    Attn Bankruptcy Dept,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
18094370   +GMAC Mortgage,    P.O. Box 4622,   Waterloo, IA 50704-4622
18094371   +Hindsdale Bank,    25 E First St,   Hinsdale, IL 60521-4119
18094459    Hinsbrook Bk,    6262 S Route 83,   Willowbrook, IL 60514
18094460   +Il Designate,    Isac/Attn: Bankruptcy Department,    1755 Lake Cook Rd,    Deerfield, IL 60015-5215
18094374   +JH Portfolio Debt Equities III,    21800 Burbank Blvd, Ste 330,    Woodland Hills, CA 91367-7463
18018278   +National City Bank,    c/o James M Crowley,    350 North LaSalle #900,    Chicago IL 60654-5136
18094372    National City Bank,    P.O. Box 5147,    Indianapolis, IN 46255-5147
18094461   +National City/PNC,    6750 Miller Road,    Ms Br-Yb58-01-3,    Brecksville, OH 44141-3262
18094463   +Ntl City Mtg,    6 N Main St,   Dayton, OH 45402-1908
18452232   +Ocean Reserve Condo Assoc,    C/O Douglas G. Christy Esq,    Pob 172727,    Tampa, FL 33672-0727
18094379    PNC Bank,    P.O. Box 535230,   Pittsburgh, PA 15253-5230
19180516   +PNC Bank NA,    Crowley & Lamb P C,    221 N Lasalle Street Suite 1550,    Chicago,IL 60601-1224
18094464   +Pnc Bank,    P.o.box 3180,    Pittsburgh, PA 15230-3180
18094380   +Pnc Bank Secured,    6750 Miller Road,    Brecksville, OH 44141-3239
18094465   +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
18094467   +Rohlfing Oberholtz,    Rohlfing & Oberholtzer,    211 W Wacker Dr., #1200,    Chicago, IL 60606-1379
18094444  #+Spilotro Law Group, llc,    2551 N. Clark Street, Ste 405,    Chicago, IL 60614-7730
18094468   +Us Bank Home Mortgage,    P.o. Box 20005,    Owensboro, KY 42304-0005
18094471  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
           (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 2170)
18094469   +Wells Fargo Bank N.A.,    Security Credit Service,    Po Box 1156,    Oxford, MS 38655-1156
18094470   +Wells Fargo Bank Nv Na,    P.O. Box 31557,    Billings, MT 59107-1557
18094376   +Weltman, Weinberg & Reis,    550 West Cypress Creek Road,    Suite 550,
             Fort Lauderdale, FL 33309-6174
18094383  #+William & Diane Bonner,    15230 S. Windsor Drive,    Orland Park, IL 60462-3819,    friends
18452233   +William Bonner,    540 N. State Street # 1902,    Chicago,IL 60654-7233
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18094381   +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 16 2013 00:18:56
             Credit Collection Services,    Two Wells Ave, Dept 9136,    Newton Center, MA 02459-3208
18094466   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 16 2013 00:17:46     Resurgent,
             P.o. B 10584,    Greenville, SC 29603-0584
                                                                                              TOTAL: 2
```

```
District/off: 0752-1            User: dwilliams              Page 2 of 3                  Date Rcvd: Aug 15, 2013
                                Form ID: pdf006              Total Noticed: 50


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18015989         American Southern Insurance Companyc/o Spilotro L
19180171         PNC Bank NA
18094443*       +American Southern Insurance Co,   Jomax Recovery Service,   20325 N 51st Ave Ste 134,
                  Glendale, AZ 85308-5677
18094448*       +Amexfsb,   Lvnv Funding Llc,   P.o. Box 10584,   Greenville, SC 29603-0584
18094375*        National City Bank,   P.O. Box 5147,   Indianapolis, IN 46255-5147
18094377*        National City Bank,   P.O. Box 5147,   Indianapolis, IN 46255-5147
18094385*        National City Bank,   P.O. Box 5147,   Indianapolis, IN 46255-5147
18094462*       +National City/PNC,   6750 Miller Road,   Ms Br-Yb58-01-3,   Brecksville, OH 44141-3262
19249976*       +PNC Bank NA,   Crowley & Lamb P.C.,   221 N Lasalle Street Suite 1550,   Chicago,IL 60601-1224
18094378*       +Weltman, Weinberg & Reis,   550 West Cypress Creek Road,   Suite 550,
                  Fort Lauderdale, FL 33309-6174
                                                                                             TOTALS: 2, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013**                            **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: dwilliams              Page 3 of 3                  Date Rcvd: Aug 15, 2013
                               Form ID: pdf006              Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2013 at the address(es) listed below:

```
          Francis J. Pendergast, III    on behalf of Creditor   PNC Bank National Association
           fpendergast@crowleylamb.com,  ibenavides@crowleylamb.com;docket@crowleylamb.com
          Heather M Giannino    on behalf of Creditor    PNC Bank, National Association, as servicer for U.S.
           Bank, National Association, as Trustee, successor in interest to Bank of America, National
           Association, as successor by merger to LaSalle Bank bankruptcy@hsbattys.com,
           bankruptcy@hsbattys.com
          Horace  Fox, JR    on behalf of Trustee Horace  Fox, JR foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com
          Horace  Fox, JR    foxhorace@aol.com,  hf@trustesolutions.net;hf@trustesolutions.com
          James M. Crowley    on behalf of Creditor    PNC Bank National Association jcrowley@crowleylamb.com,
           docket@crowleylamb.com;mmusto@crowleylamb.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sandra  Levitt    on behalf of Debtor MARK D JOHNSON ecf@zaplawfirm.com,
           slevitt@zaplawfirm.com;ZAPecf@gmail.com
                                                                                             TOTAL: 7
```