UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 11-44381 |
|---|---|---|
|  | § |  |
| MARK D JOHNSON | § |  |
|  | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $22,150.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $14,854.21 | Claims Discharged Without Payment: | $5,334,298.50 |
| Total Expenses of Administration: | $2,794.53 | | |

3) Total gross receipts of $17,648.74 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $17,648.74 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,481,558.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,794.53 | $2,794.53 | $2,794.53 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $5,349,152.71 | $5,349,152.71 | $14,854.21 |
| **Total Disbursements** | $6,481,558.00 | $5,351,947.24 | $5,351,947.24 | $17,648.74 |

   4). This case was originally filed under chapter 7 on 10/31/2011. The case was pending for 24 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: <u>10/22/2013</u>          By:  <u>/s/ Horace Fox, Jr.</u>
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Charterone bank checking and savings as of 10/31/11 | 1129-000 | $15,648.74 |
| US Bank checking and savings | 1129-000 | $500.00 |
| Partial return of attorneys fees | 1221-000 | $1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,648.74** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage* | 4110-000 | $680,000.00 | NA | $0.00 | $0.00 |
| | Hindsdale Bank | 4110-000 | $46,134.00 | NA | $0.00 | $0.00 |
| | National City Bank | 4110-000 | $161,000.00 | NA | $0.00 | $0.00 |
| | National City Bank | 4110-000 | $280,000.00 | NA | $0.00 | $0.00 |
| | National City Bank | 4110-000 | $70,000.00 | NA | $0.00 | $0.00 |
| | PNC Bank | 4110-000 | $5,200,000.00 | NA | $0.00 | $0.00 |
| | Pnc Bank | 4110-000 | $44,424.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,481,558.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $2,514.87 | $2,514.87 | $2,514.87 |
| International Sureties, Ltd. | 2300-000 | NA | $14.49 | $14.49 | $14.49 |
| Green Bank | 2600-000 | NA | $265.17 | $265.17 | $265.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,794.53** | **$2,794.53** | **$2,794.53** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Southern Insurance Company | 7100-000 | NA | $128,287.25 | $128,287.25 | $356.25 |
| 2 | Crowley & Lamb, P.C. | 7100-000 | NA | $5,220,865.46 | $5,220,865.46 | $14,497.96 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $5,349,152.71 | $5,349,152.71 | $14,854.21 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-44381 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | JOHNSON, MARK D | Date Filed (f) or Converted (c): | 10/31/2011 (f) |
| For the Period Ending: | 10/22/2013 | §341(a) Meeting Date: | 12/07/2011 |
| | | Claims Bar Date: | 04/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Location: 3906 N Kenneth Ave, Chicago IL 60641 ex-wife on deed but not on mortgage | $485,000.00 | $0.00 | | $0.00 | FA |
| 2 | 19370 Collins Ave, Unit 1226 Sunny Isles Beach, FL 33160 | $100,000.00 | $0.00 | | $0.00 | FA |
| 3 | lot 15 in clubview estates, Silom Springs, AK 72761 pin no: 15-16471-000 | $30,000.00 | $0.00 | | $0.00 | FA |
| 4 | cash | $20.00 | $20.00 | | $0.00 | FA |
| 5 | Charterone bank checking and savings as of 10/31/11 | $19,648.74 | $15,648.74 | | $15,648.74 | FA |
| Asset Notes: | Demand for turnover made 1.4.12 | | | | | |
| 6 | US Bank checking and savings | $500.00 | $500.00 | | $500.00 | FA |
| Asset Notes: | Demand made 1.20.12 | | | | | |
| 7 | dining room table and chairs, living room, 1 bedroom set and 3 beds, 1 flat screen, old pool table, standard electronics and appliances. | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 8 | used clothing | $800.00 | $800.00 | | $0.00 | FA |
| 9 | hunting gun | $100.00 | $100.00 | | $0.00 | FA |
| 10 | term life insurance through employer | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 401K | $0.00 | $0.00 | | $0.00 | FA |
| 12 | IRA Morgan Stanley | $750.00 | $0.00 | | $0.00 | FA |
| 13 | Conservation Design Development LLC - land is held in trust 243.67 acres in Bourbonnais, IL - subdiveded into 23 lots. | $750,000.00 | $0.00 | | $0.00 | FA |
| 14 | loan to business | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | business has no ability to repay loan. | | | | | |
| 15 | Marketing trademark for the sale of the Bourbonnais development unable to sell unless buyer purchases and develops the land exactly the way debtor intended. | $0.00 | $0.00 | | $0.00 | FA |
| 16 | 1998 Lexus GS400 - 300k miles | $2,500.00 | $100.00 | | $0.00 | FA |
| 17 | Partial return of attorneys fees (u) | $0.00 | $1,500.00 | | $1,500.00 | FA |

**FORM 1**     Page No: 2     Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 11-44381 | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|
| **Case Name:** | JOHNSON, MARK D | **Date Filed (f) or Converted (c):** | 10/31/2011 (f) |
| **For the Period Ending:** | 10/22/2013 | **§341(a) Meeting Date:** | 12/07/2011 |
| | | **Claims Bar Date:** | 04/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

                                                                   **Gross Value of Remaining Assets**

**TOTALS (Excluding unknown value)**
                                  $1,400,818.74                  $20,168.74                              $17,648.74              $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| **Case No.:** | 11-44381 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | JOHNSON, MARK D | | | **Date Filed (f) or Converted (c):** | 10/31/2011 (f) |
| **For the Period Ending:** | 10/22/2013 | | | **§341(a) Meeting Date:** | 12/07/2011 |
| | | | | **Claims Bar Date:** | 04/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Filed asset report and demanded turnover of the 15,000 non exempt bank account. Amended budget file, therefore this is no longer a disposable income case. Demanded turnover of $500.00 bank account. 1.10.12

Demanded turnover of 1500.00 returned from filing attorney (4500) fee.3.11.12
1500.00 excessive fee turned over 3.26.12. 4.8.12

Motion to dismiss, being briefed. Judge Barnes assigned 5.17.12

Motion to dismiss denied 5.31.12

Asked Mr. de 'Medici to file motion to approve compromise (partial, attorney fee return7.15.12).

Object to secured claim if request to withdraw it is not honored.7.24.12
Examine claims. Taxes necessary. 10.7.12.

Motion to approve compromise set 12.19.12, entered, amended order provided 12.20.12

Look at claims, determine if taxes necessary. 2.10.13

3.4.13 sent forms 1 and 2 to accountant, re taxes.
Check tax status. 5.11.13

need to amend approval order to show 17648.79 not 3k. 6.7.13

Final report to UST. 7.26.13

Final report up in court 9.4.13 at 10:30am

**Initial Projected Date Of Final Report (TFR):** 01/30/2014    **Current Projected Date Of Final Report (TFR):** 01/30/2014    /s/ HORACE FOX, JR.
                                                                                                                            HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1   Exhibit 9

| Case No. | 11-44381 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, MARK D | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9284 | | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/31/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/22/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/03/2012 | (5) | Charter One | Unexempt portion of Debtors Charter One bank account. | 1129-000 | $15,000.00 | | $15,000.00 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $14.49 | $14,985.51 |
| 02/09/2012 | (6) | Charter One | Debtors bank account | 1129-000 | $500.00 | | $15,485.51 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.46 | $15,467.05 |
| 03/26/2012 | (17) | Charter One | Partial return of debtors attorneys fees | 1221-000 | $1,500.00 | | $16,967.05 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $26.23 | $16,940.82 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.57 | $16,915.25 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.29 | $16,887.96 |
| 06/15/2012 | (5) | Charter One | Unexempt portion of Debtors Charter One bank account. Remainder of the 19K balance. | 1129-000 | $648.74 | | $17,536.70 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.72 | $17,508.98 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.34 | $17,481.64 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $30.94 | $17,450.70 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $24.52 | $17,426.18 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.12 | $17,398.06 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.98 | $17,369.08 |
| 09/05/2013 | 5002 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $2,514.87 | $14,854.21 |
| 09/05/2013 | 5003 | American Southern Insurance Company | Final Claim #: 1; Dividend: 2.05; Amount Allowed: 128,287.25; | 7100-000 | | $356.25 | $14,497.96 |
| 09/05/2013 | 5004 | Crowley & Lamb, P.C. | Final Claim #: 2; Dividend: 83.46; Amount Allowed: 5,220,865.46; | 7100-000 | | $14,497.96 | $0.00 |

**SUBTOTALS**  $17,648.74   $17,648.74

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-44381 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | JOHNSON, MARK D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9284 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/31/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/22/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $17,648.74 | $17,648.74 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $17,648.74 | $17,648.74 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $17,648.74 | $17,648.74 | |

| For the period of  10/31/2011 to 10/22/2013 | | For the entire history of the account between 02/03/2012 to 10/22/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $17,648.74 | Total Compensable Receipts: | $17,648.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,648.74 | Total Comp/Non Comp Receipts: | $17,648.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $17,648.74 | Total Compensable Disbursements: | $17,648.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $17,648.74 | Total Comp/Non Comp  Disbursements: | $17,648.74 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-44381 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | JOHNSON, MARK D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9284 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/31/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/22/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $17,648.74 | $17,648.74 | $0.00 |

| For the period of 10/31/2011 to 10/22/2013 | | For the entire history of the case between 10/31/2011 to 10/22/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $17,648.74 | Total Compensable Receipts: | $17,648.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,648.74 | Total Comp/Non Comp Receipts: | $17,648.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $17,648.74 | Total Compensable Disbursements: | $17,648.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,648.74 | Total Comp/Non Comp Disbursements: | $17,648.74 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.